# United States Bankruptcy Court
## District of Colorado

# Voluntary Petition

| Name of Debtor (if individual, enter Last, First, Middle): | Name of Joint Debtor (Spouse)(Last, First, Middle): |
|---|---|
| **Grossman Jr., James Edgar** | **Grossman, Sheri Lynn** |

| All Other Names used by the Debtor in the last 6 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years (include married, maiden, and trade names): |
|---|---|
| | **03-17824 HRT** |

| Soc. Sec./Tax I.D. No. (if more than one, state all): | Soc. Sec./Tax I.D. No. (if more than one, state all): |
|---|---|
| **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** | **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** |

| Street Address of Debtor (No. & Street, City, State & Zip Code): | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
|---|---|
| **1244 Garfield Avenue**<br>**Loveland, CO 80537** | **1244 Garfield Avenue**<br>**Loveland, CO 80537** |

| County of Residence or of the Principal Place of Business:    **Larimer** | County of Residence or of the Principal Place of Business:    **Larimer** |
|---|---|

| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |
|---|---|

Location of Principal Assets of Business Debtor
(if different from street address above):

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply) | | **Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box) |
|---|---|---|
| ☐ Individual(s) | ☐ Railroad | |
| ☐ Corporation | ☐ Stockbroker | ☑ Chapter 7    ☐ Chapter 11    ☐ Chapter 13 |
| ☐ Partnership | ☐ Commodity Broker | ☐ Chapter 9    ☐ Chapter 12 |
| ☐ Other _____ | ☐ Clearing Bank | ☐ Sec. 304 - Case ancillary to foreign proceeding |

| **Nature of Debts** (Check one box) | **Filing Fee** (Check one box) |
|---|---|
| ☑ Consumer/Non-Business    ☐ Business | ☑ Full Filing Fee Attached |

| **Chapter 11 Small Business** (Check all boxes that apply) | ☐ Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3. |
|---|---|
| ☐ Debtor is a small business as defined in 11 U.S.C. § 101 | |
| ☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional) | |

**Statistical/Administrative Information**  (Estimates only)

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.

☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

**THIS SPACE IS FOR COURT USE ONLY**

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|---|
| | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ |

FILED
BRADFORD L. BOLTON, CLERK
APR 2 6 2003
U.S. BANKRUPTCY COURT
DISTRICT OF COLORADO

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Debts**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |



Case:03-17024 HRT   Doc#:3-1   Filed:04/29/03   Entered:05/02/03 07:39:16   Page2 of 36

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **James Edgar Grossman Jr., Sheri Lynn Grossman** |
|---|---|

| **Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet)** |||
|---|---|---|
| Location Where Filed:  **US Bankruptcy Court District of Colorado** | Case Number: **673HC12** | Date Filed: **12/01/1992** |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)** |||
|---|---|---|
| Name of Debtor: **NONE** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
   Signature of Debtor

X _____
   Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

   4/24/03
Date

### Signature of Attorney

X _____
   Signature of Attorney for Debtor(s)

**Karin Troendle, #26282**
Printed Name of Attorney for Debtor(s) / Bar No.

**Colorado Legal Services, Inc.**
Firm Name

**424 Pine Street, Suite 105  Fort Collins, CO 80524**
Address

**(970) 493-2891                          (970) 493-3758**
Telephone and Fax Number

   4/24/03
Date and E-Mail Address

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **Not Applicable**
   Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐  Exhibit A is attached and made a part of this petition.

### Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____
   Signature of Attorney for Debtor(s)          Date

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐  Yes, and Exhibit C is attached and made a part of this petition.
☑  No

### Signature of Non-Attorney Petition Preparer

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

**Not Applicable**
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X **Not Applicable**
   Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.

**UNITED STATES BANKRUPTCY COURT**

**District of Colorado**

| | | | |
|---|---|---|---|
| In re: **James Edgar Grossman Jr.** | **Sheri Lynn Grossman** | Case No. | |
| **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** | **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** | Chapter | **7** |

# STATEMENT OF FINANCIAL AFFAIRS

---

### · 1. Income from employment or operation of business

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|
| 12,435.00 | At Home Professions<br>2001 Lowe Street<br>Fort Collins, CO 80525 | 2001 |
| 4,012.00 | 7-Eleven, Inc.<br>P.O. Box 711<br>Dallas, TX 75221-0711 | 2001 |
| 8,650.00 | Plastec Products<br>1418 East Magnolia<br>Fort Collins, CO 80524 | 2001 |
| 525.36 | Mountain States<br>3 Industrial Parkway<br>Johnstown, CO 80534 | 2002 |
| ˙17,847.10 | At Home Professions<br>2001 Lowe Street<br>Fort Collins, CO 80525 | 2002 |
| 7,844.24 | 7-Eleven, Inc.<br>P.O. Box 711<br>Dallas, TX 75221-0711 | 2002 |
| 2770.17 (YTD) | 7-Eleven, Inc.<br>P.O. Box 711<br>Dallas, TX 75221-0711 | 2003 |
| 150.00 (YTD) | Haller Group, Inc.<br>3025 W. Artesia Blvd. #123<br>Torrance, CA 90504 | 2003 |
| 250.00 (YTD) | Patti Owens | 2003 |
| 17.50 (YTD) | Our Treasures<br>1244 Garfield<br>Loveland, CO 80537 | 2003 |

---

### 2. Income other than from employment or operation of business

None
☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|
| 300.00 (aaprox) | **Colorado Unemployment** | **2001** |
| 1,608.00 (YTD) | **Department of Human Services**<br>**1501 Blue Spruce Drive**<br>**Fort Collins, CO 80524**<br>**FOOD STAMPS** | **2003** |

## 3. Payments to creditors

None
☑

a. List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within **90 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| | | | |

b. List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None
☑

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| | | | |

## 4. Suits and administrative proceedings, executions, garnishments and attachments

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Professional Finance Company, Inc.**<br>**vs.**<br>**JAMES E GROSSMAN AND SHERI L GROSSMAN**<br>**02C201263** | **Suit on debt.** | **County Court, Larimer County**<br>**810 East 10th Street**<br>**Loveland, CO 80537** | **Judgment entered.** |

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None
☐

| NAME AND ADDRESS<br>OF PERSON FOR WHOSE<br>BENEFIT PROPERTY WAS SEIZED | DATE OF<br>SEIZURE | DESCRIPTION<br>AND VALUE OF<br>PROPERTY |
|---|---|---|
| **Professional Finance Company**<br>**215 East 7th Street**<br>**Loveland, CO 80537** | **12/23/2002** | **Garnished Bank Accounts**<br>**#93373513=$40.79**<br>**#92868937=$167.78** |

## 5. Repossessions, foreclosures and returns

None
□

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS<br>OF CREDITOR OR SELLER | DATE OF REPOSSESSION,<br>FORECLOSURE SALE<br>TRANSFER OR RETURN | DESCRIPTION<br>AND VALUE OF<br>PROPERTY |
|---|---|---|
| **Colorado Community Bank**<br>**1050 Eagle Drive**<br>**Loveland, CO 80537** | **02/01/2003** | **1994 Dodge Caravan**<br>**$2360.72** |

## 6. Assignments and receiverships

None
☑

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS<br>OF ASSIGNEE | DATE OF<br>ASSIGNMENT | TERMS OF<br>ASSIGNMENT<br>OR SETTLEMENT |
|---|---|---|

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None
☑

| NAME AND ADDRESS<br>OF CUSTODIAN | NAME AND ADDRESS<br>OF COURT<br>CASE TITLE & NUMBER | DATE OF<br>ORDER | DESCRIPTION<br>AND VALUE OF<br>PROPERTY |
|---|---|---|---|

## 7. Gifts

None
□

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS<br>OF PERSON<br>OR ORGANIZATION | RELATIONSHIP<br>TO DEBTOR,<br>IF ANY | DATE<br>OF GIFT | DESCRIPTION<br>AND VALUE OF<br>GIFT |
|---|---|---|---|

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| River Fort Collins Four Square Church 1621 W. Harmony Road Fort Collins, CO 80526 | Church | | $135.00 Tithe for the year 2002. $360.00 (YTD) 2003. |

## 8. Losses

None


List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

## 9. Payments related to debt counseling or bankruptcy

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Colorado Legal Services, Inc. 424 Pine Street, Suite 105 Fort Collins, CO 80524 | 04/24/03 | $7.40 book of stamps. |

## 10. Other transfers

None
☑

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

## 11. Closed financial accounts

None
☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE AND NUMBER OF ACCOUNT AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| Commercial Federal Bank<br>303 East Sixth Street<br>Loveland, CO 80537 | Checking Account<br>#93373513<br>$4.50 | $4.50<br>January 2003 |

## 12. Safe deposit boxes

None<br>☑

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

## 13. Setoffs

None<br>☑

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

## 14. Property held for another person

None<br>☑

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

## 15. Prior address of debtor

None<br>☑

If the debtor has moved within the **two years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

## 16. Spouses and Former Spouses

None<br>☑

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the **six-year period** immediately preceding the commencement of the case, identify the name of the debtor 's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

### 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

a.     List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

None
☑

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

b.     List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None
☑

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

c.     List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

None
☑

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

### 18. Nature, location and name of business

None
☑

a.    If the debtor is an individual, list the names, addresses,  taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the  commencement of this case.

If the debtor is a partnership, list the names, addresses,  taxpayer identification numbers, nature of the business, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses,  taxpayer identification numbers, nature of the business, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

| NAME | TAXPAYER I.D. NUMBER | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------------------------|---------|---------------------|-----------------------------|
|      |                        |         |                     |                             |

b.    Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

None
☑

| NAME | ADDRESS |
|------|---------|
|      |         |

## 19. Books, records and financial statements

None
☑

a.  List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|------------------|--------------------------|
|                  |                          |

b.  List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

None
☑

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|------------------|--------------------------|
|                  |                          |

c.  List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor.  If any of the books of account and records are not available, explain.

None
☑

| NAME | ADDRESS |
|------|---------|
|      |         |

d.  List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the **two years** immediately preceding the commencement of this case by the debtor.

None
☑

| NAME AND ADDRESS | DATE ISSUED |
|------------------|-------------|
|                  |             |

## 20. Inventories

None
☑

a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

None
☑

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

## 21. Current Partners, Officers, Directors and Shareholders

None
☑

a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting securities of the corporation.

None
☑

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

## 22. Former partners, officers, directors and shareholders

None
☑

a. If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

None
☑

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

## 23. Withdrawals from a partnership or distributions by a corporation

None
☑

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

   
| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

## 24. Tax Consolidation Group.

None
☑

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within the **six-year period** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                    TAXPAYER IDENTIFICATION NUMBER

## 25. Pension Funds.

None
☑

If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within the **six-year period** immediately preceding the commencement of the case.

NAME OF PENSION FUND                    TAXPAYER IDENTIFICATION NUMBER

* * * * * *

*[if completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  4/24/03          Signature of Debtor  *James Edgar Grossman Jr.*
                                            James Edgar Grossman Jr.

Date  4/24/03          Signature of Joint Debtor  *Sheri L. Grossman*
                                            Sheri Lynn Grossman

Form B6
(6/90)

# United States Bankruptcy Court
## District of Colorado

In re   **James Edgar Grossman Jr.**          **Sheri Lynn Grossman**          Case No.

Chapter   **7**



# SUMMARY OF SCHEDULES

AMOUNTS SCHEDULED

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $ 0.00 | | |
| B - Personal Property | YES | 3 | $ 6,652.00 | | |
| C - Property Claimed as Exempt | YES | 1 | | | |
| D - Creditors Holding Secured Claims | YES | 1 | | $ 0.00 | |
| E - Creditors Holding Unsecured Priority Claims | YES | 2 | | $ 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 6 | | $ 25,493.14 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | YES | 1 | | | $ 1,340.04 |
| J - Current Expenditures of Individual Debtor(s) | YES | 1 | | | $ 1,229.00 |
| Total Number of sheets In ALL Schedules | | 18 | | | |
| | | Total Assets | $ 6,652.00 | | |
| | | | Total Liabilities | $ 25,493.14 | |

In re:  **James Edgar Grossman Jr.**              **Sheri Lynn Grossman**            ,        Case No. _____
                    Debtor                                                                                      (If known)

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| | | | | |

Total ➤ | 0.00

(Report also on Summary of Schedules.)

In re   **James Edgar Grossman Jr.**          **Sheri Lynn Grossman**          Case No. _____
　　　　　　　　Debtor　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(If known)

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand | | **Cash on hand.** | | 35.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking and Savings Account #92868937 Commercial Federal Bank 303 East Sixth Street Loveland, CO 80537** | | 12.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | **Loveland Housing Authority 562 East 23rd Street Loveland, CO 80538** | | 925.00 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **Living room, kitchen table/chairs, microwave, beds x4, dressers x5, computers x2, television, VCR, desk, misc. items.** | | 1,400.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **Misc. books and pictures 1244 Garfield Avenue Loveland, CO 80537** | | 30.00 |
| 6. Wearing apparel. | | **Clothing for self, spouse and children 1244 Garfield Avenue Loveland, CO 80537** | | 400.00 |
| 7. Furs and jewelry. | | **Wedding band. 1244 Garfield Avenue Loveland, CO 80538** | | 200.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | | **Guitar, hobby radios, bike, basketball, sound equipment. 1244 Garfield Avenue Loveland, CO 80537** | | 200.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | X | | | |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |

In re  **James Edgar Grossman Jr.**          **Sheri Lynn Grossman**          ·          Case No. _____
        _____Debtor_____                                                              (If known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 13. Interests in partnerships or joint ventures Itemize. | X | | | |
| 14. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 15. Accounts receivable. | X | | | |
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | | **1992 Dodge Dynasty=$2650.00**<br>**1981 Honda Shadow Motorcycle=$400.00**<br>**1979 Harley Davidson Motorcycle=$200.00**<br>**1244 Garfield Avenue**<br>**Loveland, CO 80537** | | **3,250.00** |
| 24. Boats, motors, and accessories. | X | | | |
| 25. Aircraft and accessories. | X | | | |

In re   **James Edgar Grossman Jr.**          **Sheri Lynn Grossman**          '   Case No. _____
_____Debtor_____                                                            (If known)

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 26. Office equipment, furnishings, and supplies. | X | | | |
| 27. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 28. Inventory. | | Books for Our Treasures 1244 Garfield Avenue Loveland, CO 80537 | | 200.00 |
| 29. Animals. | X | | | |
| 30. Crops - growing or harvested. Give particulars. | X | | | |
| 31. Farming equipment and implements. | X | | | |
| 32. Farm supplies, chemicals, and feed. | X | | | |
| 33. Other personal property of any kind not already listed. Itemize. | X | | | |

__2__  continuation sheets attached          Total ➢      **$ 6,652.00**

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

In re  **James Edgar Grossman Jr.**          **Sheri Lynn Grossman**                  , **Case No.**
              Debtor.                                                                    (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemption to which debtor is entitled under:

⬤ eck one box)

☐ 11 U.S.C. § 522(b)(1)    Exemptions provided in 11 U.S.C. § 522(d).    **Note: These exemptions are available only in certain states.**

☑ 11 U.S.C. § 522(b)(2)    Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile
has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the
180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the
extent the interest is exempt from process under applicable nonbankruptcy law.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY, WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| 1992 Dodge Dynasty=$2650.00 1981 Honda Shadow Motorcycle=$400.00 1979 Harley Davidson Motorcycle=$200.00 1244 Garfield Avenue Loveland, CO 80537 | CRS 13-54-102(1)(j)(l) | 3,250.00 | 3,250.00 |
| Clothing for self, spouse and children 1244 Garfield Avenue Loveland, CO 80537 | CRS 13-54-102(1)(a) | 100.00 | 400.00 |
| Living room, kitchen table/chairs, microwave, beds x4, dressers x5, computers x2, television, VCR, desk, misc. items. | CRS 13-54-102(1)(e) | 1,400.00 | 1,400.00 |
| Loveland Housing Authority 562 East 23rd Street Loveland, CO 80538 | CRS 13-54-102(1)(r) | 925.00 | 925.00 |
| Misc. books and pictures 1244 Garfield Avenue Loveland, CO 80537 | CRS 13-54-102(1)(c) | 25.00 | 30.00 |
| Wedding band. 1244 Garfield Avenue Loveland, CO 80538 | CRS 13-54-102(1)(b) | 200.00 | 200.00 |

In re:   **James Edgar Grossman Jr.**          **Sheri Lynn Grossman**          ,          Case No.

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☑   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | VALUE | | | | | |

0 Continuation sheets attached

| | | |
|---|---|---|
| Subtotal ➤ (Total of this page) | | $0.00 |
| Total ➤ (Use only on last page) | | $0.00 |

(Report total also on Summary of Schedules)

In re:  **James Edgar Grossman Jr.**                **Sheri Lynn Grossman**                Case No.
_____                    _____                      _____
Debtor                                                                                  (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☑  Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**       (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

**Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but
before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions
owing to qualifying independent sales representatives up to $4,650* per person earned within 90 days immediately preceding
the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in
11 U.S.C. § 507(a)(3).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original
petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $4,650* per farmer or fisherman, against the debtor, as provided in 11
U.S.C. § 507(a)(5).

☐ **Deposits by individuals**

Claims of individuals up to $2,100* for deposits for the purchase, lease, or rental of property or services for personal,
family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(6).

☐ **Alimony, Maintenance, or Support**

Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in
11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11
U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency,
or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of
an insured depository institution.  11 U.S.C. § 507(a)(9).

☐ **Other Priority Debts**

* Amounts are subject to adjustment on April 1, 2004, and every three years thereafter with respect to cases commenced on or
after the date of adjustment.

<u>1</u>  Continuation sheets attached

In re:    **James Edgar Grossman Jr.**          **Sheri Lynn Grossman**          Case No. _____
_____Debtor_____                                                              (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| ⬤ | CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | | | |

⬤

Subtotal ➤    **$0.00**
(Total of this page)

Total ➤    **$0.00**
(Use only on last page of the completed Schedule E.)

(Report total also on Summary of Schedules)

In re: **James Edgar Grossman Jr.        Sheri Lynn Grossman**                    Case No. _____

_____                                    _____
Debtor                                                                                                         (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐  Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  004500000018424499<br><br>AT&T Wireless<br>P.O. Box 78224<br>Phoenix, AZ 85062-8224 | | | 11/01/2002<br><br>Cellular telephone. | | | | 306.61 |
| ACCOUNT NO.  84 100 598204<br><br>Audio Passages<br>Member Service Center<br>P.O. Box 6307<br>6550 East 30th Street<br>Indianapolis, IN 46219-1194<br><br>North Shore Agency, Inc.<br>P.O. Box 8922<br>Westbury, NY 11590 | | | 04/30/2002<br><br>Purchase of goods. | | | | 76.00 |
| ACCOUNT NO.  133 52 8032<br><br>Banner Home Medical<br>2000 North Boise Avenue<br>Loveland, CO 80538<br><br>Professional Finance Company, Inc.<br>P.O. Box 7059<br>215 East 7th Street<br>Loveland, CO 80537 | | | 05/09/2002<br><br>Medical bills. | | | | 603.25 |

__4__ Continuation sheets attached

Subtotal    ➤        | $985.86 |

Total    ➤        | |

In re:    James Edgar Grossman Jr.        Sheri Lynn Grossman                   ,        Case No. _____
                        Debtor                                                                                        (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.    Various accounts | | | 09/15/2002 | | | | 666.86 |
| Big Thompson Emergency Physicians 985 North Wilson Avenue P.O. Box 7178 Loveland, CO 80537<br><br>Business Revenue Systems, Inc. P.O. Box 13077 Des Moines, IA 50310-0077<br><br>Big Thompson Emergency Physicians P.O. Box 173817 Denver, CO 80217-3817 | | | Medical bills on various accounts: #10 011600=$186.00 #10 0826932=$194.86 #10 017030=$140.00 #7701187=$146.00 | | | | |
| ACCOUNT NO.    088460-00 | | | 10/01/2002 | | | | 14.46 |
| Thompson Medical Group . Box 1173 Englewood, CO 80150-1173 | | | Medical bills. | | | | |
| ACCOUNT NO.    Various accounts | | | | | | | 4,925.82 |
| Capital One Services, Inc. P.O. Box 25131 Richmond, VA 23276-0001<br><br>Risk Management Alternatives, Inc. 880 Grier Drive Las Vegas, NV 89119 | | | Credit card purchase of goods on various accounts: #4791 2422 2239 8359 #5291 1518 0647 4704 #5178 0522 1880 4512 | | | | |
| ACCOUNT NO.    71354 | | | 12/17/2002 | | | | 2,360.72 |
| Colorado Community Bank 1050 Eagle Drive Loveland, CO 80537 | | | Automobile loan. | | | | |

Sheet no. 1 of 4 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ (Total of this page)

Total ➤ (Use only on last page of the completed Schedule F.)

$7,967.86

In re: **James Edgar Grossman Jr.**     **Sheri Lynn Grossman**     Case No. _____
_____ (If known)
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **4227 0970 8899 5407** <br> **Cross Country Bank** <br> P.O. Box 310711 <br> Boca Raton, FL 33431-0711 | | | Credit card purchase of goods. | | | | 1,473.35 |
| ACCOUNT NO. **805-005-189-0330-960** <br> **FingerHut** <br> P.O. Box 2900 <br> St. Cloud, MN 56395-2900 | | | Purchase of goods. | | | | 193.78 |
| ACCOUNT NO. **030714-00** <br> **...nt Range Center** <br> for Brain and Spinal Injury <br> Timothy C. Wirt, M.D. <br> 1313 Riverside Avenue <br> Fort Collins, CO 80524 | | | 05/25/2002 <br> Medical bills. | | | | 4,125.00 |
| ACCOUNT NO. **R77067** <br> **Heart Center of the Rockies** <br> P.O. Box 497 <br> Snowhill, NC 28580 | | | 05/23/2002 <br> Medical bills. | | | | 106.26 |
| ACCOUNT NO. **N/A** <br> **Image Net** <br> 100 East 3rd Street <br> Loveland, CO 80537 | | | Internet service. | | | | 250.00 |

Sheet no. 2 of 4 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤
(Total of this page)

Total ➤
(Use only on last page of the completed Schedule F.)

$6,148.39

In re: **James Edgar Grossman Jr.**          **Sheri Lynn Grossman**          ,          Case No. _____
.          Debtor                                                                                          (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **11256**<br><br>**Loveland Housing Authority**<br>**375 West 37th Street**<br>**Loveland, CO 80538** | | | **04/08/2003**<br><br>**Work order on house.** | | | | 536.11 |
| ACCOUNT NO.   **85194**<br><br>**Loveland Public Library**<br>**300 North Adams Avenue**<br>**Loveland, CO 80537** | | | **11/01/2002**<br><br>**Overdue video fines.** | | | | 69.00 |
| ACCOUNT NO.   **Various accounts**<br><br>**Loveland Radiology Consultants**<br>**985 North Wilson Avenue**<br>**P.O. Box 7207**<br>**Loveland, CO 80537**<br><br>**Business Revenue Systems, Inc.**<br>**P.O. Box 13077**<br>**Des Moines, IA 50310-0077** | | | **05/23/2002**<br><br>**Medical bills on various accounts:**<br>**#08 025954=$46.05**<br>**#08 832744=$12.00**<br>**#08 43329135=$32.00**<br>**#08 021345=$530.88** | | | | 620.93 |
| ACCOUNT NO.   **Various accounts**<br><br>**McKee Medical Center**<br>**2000 Boise Avenue**<br>**Loveland, CO 80538**<br><br>**Professional Finance Company**<br>**P.O. Box 7059**<br>**215 East 7th Street**<br>**Loveland, CO 80537** | | | **Medical bills on various accounts:**<br>**#43329135=$10.00**<br>**#42837211=$10.86**<br>**#42796268=$5271.31**<br>**#43161165=$328.80**<br>**#43342302=$10.00**<br>**#43329135=$10.00**<br>**#43151547=$607.12**<br>**#43455310=$315.00** | | | | 6,563.09 |

Sheet no. _3_ of _4_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤          (Total of this page)          **$7,789.13**

Total ➤
(Use only on last page of the completed Schedule F.)

In re: James Edgar Grossman Jr.      Sheri Lynn Grossman              Case No. _____

Debtor                                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. N 57130<br><br>Northern Colo. Anesthesia Professional<br>1241 Riverside Avenue, Suite 200<br>Fort Collins, CO 80524-3200<br><br><br>CollectionCenter, Inc.<br>1401 Riverside Avenue<br>Fort Collins, CO 80522 | | | 05/25/2002<br>Medical bills. | | | | 784.35 |
| ACCOUNT NO. 3209009<br><br>Poudre Valley Hospital<br>1024 South Lemay Avenue<br>Fort Collins, CO 80524-3998 | | | 05/25/2002<br>Medical bills. | | | | 157.26 |
| ACCOUNT NO. 970-613-9667<br><br>Qwest<br>161 Invenness Drive West<br>Englewood, CO 80112<br><br><br>Nation Wide Collections<br>2253 N. West Parkway<br>Marietta, GA 30067 | | | Cellular telephone bill. | | | | 993.33 |
| ACCOUNT NO. Invoice #1622370<br><br>Roth Medical<br>225 North Lemay Avenue, #3<br>Fort Collins, CO 80524 | | | 10/04/2001<br>Medical bill. | | | | 566.96 |
| ACCOUNT NO. 134-00<br><br>Safeway, Inc.<br>PMB #303<br>14150 NE 20th Street<br>Bellevue, WA 98007 | | | 04/01/2000<br>Fees. | | | | 100.00 |

Sheet no. 4 of 4 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ | $2,601.90
(Total of this page)

Total ➤ | $25,493.14
(Use only on last page of the completed Schedule F.)

(Report also on Summary of Schedules)

Form B6G
(10/89)

In re: **James Edgar Grossman Jr.**        **Sheri Lynn Grossman**        Case No. _____

_____                    _____
Debtor                                                                              (If known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☐   Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Loveland Housing Authority<br>562 East 23rd Street<br>Loveland, CO 80538 | 5 year contract to expire January 2004 |

B6H
(6/90)

In re: **James Edgar Grossman Jr.**          **Sheri Lynn Grossman**          .          **Case No.** _____

          Debtor                                                                                          **(If known)**

# SCHEDULE H - CODEBTORS

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

FORM B6I
(6/90)

In re    **James Edgar Grossman Jr., Sheri Lynn Grossman**     , Case No. _____

                       Debtor                                        (If known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

| Debtor's Marital Status: **Married** | DEPENDENTS OF DEBTOR AND SPOUSE | | |
|---|---|---|---|
| Debtor's Age:    **44** <br> Spouse's Age:    **41** | **NAMES** <br> Stephen M. Grossman <br> Joshua P. Grossman | **AGE** <br> 13 <br> 6 | **RELATIONSHIP** <br> Son <br> Son |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Store Clerk** | **Internet Main./Daycare** |
| Name of Employer | **7-Eleven** | **Robin Haller/Patti Owens** |
| How long employed | **1yr. 2 months** | **3 1/2 months** |
| Address of Employer | **P.O. Box 711** <br> **Dallas, TX 75221-0711** | **Haller Group, Inc.** <br> **3025 W. Artesia Blvd. #123** <br> **Torrance, CA 90504** <br><br> **Patti Owens** |

| Income: (Estimate of average monthly income) | | **DEBTOR** | | **SPOUSE** |
|---|---|---|---|---|
| Current monthly gross wages, salary, and commissions (pro rate if not paid monthly.) | $ | 1,031.91 | $ | 275.00 |
| Estimated monthly overtime | $ | 0.00 | $ | 0.00 |
| SUBTOTAL | $ | 1,031.91 | $ | 275.00 |
| LESS PAYROLL DEDUCTIONS | | | | |
| a. Payroll taxes and social security | $ | 63.33 | $ | 0.00 |
| b. Insurance | $ | 238.60 | $ | 0.00 |
| c. Union dues | $ | 0.00 | $ | 0.00 |
| d. Other (Specify)    **Groceries** | $ | 81.94 | $ | 0.00 |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $ | 383.87 | $ | 0.00 |
| TOTAL NET MONTHLY TAKE HOME PAY | $ | 648.04 | $ | 275.00 |
| Regular income from operation of business or profession or farm (attach detailed statement) | $ | 0.00 | $ | 0.00 |
| Income from real property | $ | 0.00 | $ | 0.00 |
| Interest and dividends | $ | 0.00 | $ | 0.00 |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ | 0.00 | $ | 0.00 |
| Social security or other government assistance (Specify) _____ | $ | 0.00 | $ | 0.00 |
| Pension or retirement income | $ | 0.00 | $ | 0.00 |
| Other monthly income (Specify) **FOOD STAMPS** | $ | 417.00 | $ | 0.00 |
| TOTAL MONTHLY INCOME | $ | 1,065.04 | $ | 275.00 |

TOTAL COMBINED MONTHLY INCOME        **$ 1,340.04**        (Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:                  **NONE**

Form B6J
(6/90)

In re  James Edgar Grossman Jr., Sheri Lynn Grossman                                    ,        Case No.
                Debtor                                                                                              (If known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

☐   Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate
      schedule of expenditures labeled "Spouse".

| | | | |
|---|---|---:|---:|
| Rent or home mortgage payment (include lot rented for mobile home) | | $ | 291.00 |
| Are real estate taxes included?      Yes _____   No ✓ | | | |
| Is property insurance included?     Yes _____   No ✓ | | | |
| Utilities   Electricity and heating fuel | | $ | 175.00 |
|     Water and sewer | | $ | included |
|     Telephone | | $ | 65.00 |
|     Other | | $ | 0.00 |
| Home maintenance (repairs and upkeep) | | $ | 25.00 |
| Food | | $ | 400.00 |
| Clothing | | $ | 25.00 |
| Laundry and dry cleaning | | $ | 20.00 |
| Medical and dental expenses | | $ | 55.00 |
| Transportation (not including car payments) | | $ | 70.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | | $ | 0.00 |
| Charitable contributions | | $ | 25.00 |
| Insurance (not deducted from wages or included in home mortgage payments) | | | |
|     Homeowner's or renter's | | $ | 0.00 |
|     Life | | $ | 0.00 |
|     Health | | $ | 0.00 |
|     Auto | | $ | 78.00 |
|     Other | | $ | 0.00 |
| Taxes (not deducted from wages or included in home mortgage payments) | | | |
| (Specify) | | $ | 0.00 |
| Installment payments: (In chapter 12 and 13 cases, do not list payments to be included in the plan) | | | |
|     Auto | | $ | 0.00 |
|     Other | | $ | 0.00 |
| Alimony, maintenance or support paid to others | | $ | 0.00 |
| Payments for support of additional dependents not living at your home | | $ | 0.00 |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $ | 0.00 |
| Other | | $ | 0.00 |
| | | | |
| TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules) | | $ | 1,229.00 |

[FOR CHAPTER 12 AND 13 DEBTORS ONLY]

Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at
some other regular interval.

| | | |
|---|---:|---|
| A. Total projected monthly income | $ | |
| B. Total projected monthly expenses | $ | |
| C. Excess income (A minus B) | $ | |
| D. Total amount to be paid into plan each | $ | |
| | (interval) | |

In re:   **James Edgar Grossman Jr.**          **Sheri Lynn Grossman**          Case No.
          **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**                        **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**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of         **18** sheets plus the summary
page, and that they are true and correct to the best of my knowledge, information, and belief.

Date: _4/24/03_            Signature _James Edgar Grossman Jr._
                                     James Edgar Grossman Jr.

Date: _4/24/03_            Signature _Sheri Lynn Grossman_
                                     Sheri Lynn Grossman

[If joint case, both spouses must sign]

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF CORPORATION OR PARTNERSHIP

(NOT APPLICABLE)

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152
and 3571.

B201 (12/99)

# UNITED STATES BANKRUPTCY COURT

## NOTICE TO INDIVIDUAL COUNSUMER DEBTOR

:

The purpose of this notice is to acquaint you with the four chapters of the Federal
Bankruptcy Code under which you may file a bankruptcy petition. The bankruptcy
law is complicated and not easily described. Therefore, you should seek the advice
of an attorney to learn of your rights and responsibilities under the law should you
decide to file a petition with the court. Court employees are prohibited from giving
you legal advice.

### Chapter 7: Liquidation ($155 filing fee plus $30 administrative fee plus $15 trustee surcharge)

1.   Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts.

2.   Under chapter 7 a trustee takes possession of all your property. You may claim certain of your property as exempt under
governing law. The trustee then liquidates the property and uses the proceeds to pay your creditors according to priorities of the
Bankruptcy Code.

3.   The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have
committed the certain kinds of improper conduct described in the Bankruptcy Code, your discharge may be denied by the court, and the
purpose for which you filed bankruptcy petition will be defeated.

4.   Even if you receive a discharge, there are some debts that are not discharged under the law. Therefore, you may still be
responsible for such debts as certain taxes and student loans, alimony and support payments, criminal restitution, and debts for death or
personal injury caused by driving while intoxicated from alcohol or drugs.

5.   Under certain circumstances you may keep property that you have purchased subject to a valid security interest. Your attorney
can explain the options that are available to you.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($155 filing fee plus $30 administrative fee)

1.   Chapter 13 is designed for individuals with regular income who are temporarily unable to pay their debts but would like to
pay them in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts
set forth in the Bankruptcy Code.

2.   Under chapter 13 you must file a plan with the court to repay your creditors all or part of the money that you owe them,
using your future earnings. Usually, the period allowed by the court to repay your debts is three years, but no more than five years.
Your plan must be approved by the court before it can take effect.

3.   Under chapter 13, unlike chapter 7, you may keep all your property, both exempt and non-exempt, as long as you continue
to make payments under the plan.

4.   After completion of payments under your plan, your debts are discharged except alimony and support payments, student
loans, certain debts including criminal fines and restitution and debts for death or personal injury caused by driving while intoxicated
from alcohol or drugs, and long term secured obligations.

### Chapter 11: Reorganization ($800 filing fee plus $30 administrative fee)
Chapter 11 is designed primarily for the reorganization of a business but is also available to consumer debtors. Its provisions are quite
complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer ($200 filing fee plus $30 administrative fee)
Chapter 12 is designed to permit family farmers to repay their debts over a period of time from future earnings and is in many ways
similar to a chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family
owned farm.

I, the debtor, affirm that I have read this notice.

| | | |
|---|---|---|
| 4/24/03 | _James Edgar Grossman_ | |
| Date | Signature of Debtor | Case Number |
| 4/24/03 | _Sheri S. Grossman_ | |
| Date | Signature of Joint Debtor | |

**WHITE-DEBTOR COPY          PINK-COURT COPY**

**UNITED STATES BANKRUPTCY COURT**

**District of Colorado**

In re:  **James Edgar Grossman Jr.**          **Sheri Lynn Grossman**          Case No. _____

  **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**                            **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**                  Chapter      **7**

# VERIFICATION OF CREDITOR MATRIX

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors,  consisting of 5 sheet(s) is complete, correct and consistent with the debtor's schedules pursuant to Local Bankruptcy Rules and I/we assume all responsibility for errors and omissions.

Dated:  4/24/03

Signed: _____
Karin Troendle Bar No. #26282

Colorado Legal Services, Inc.
424 Pine Street, Suite 105
Fort Collins, CO 80524

Phone:   (970) 493-2891
Fax:     (970) 493-3758

Signed: _____
James Edgar Grossman Jr.

Signed: _____
Sheri Lynn Grossman

AT&T Wireless
P.O. Box 78224
Phoenix, AZ 85062-8224


Audio Passages
Member Service Center
P.O. Box 6307
6550 East 30th Street
Indianapolis, IN 46219-1194


Banner Home Medical
2000 North Boise Avenue
Loveland, CO 80538


Big Thompson Emergency Physicians
985 North Wilson Avenue
P.O. Box 7178
Loveland, CO 80537


Big Thompson Emergency Physicians
P.O. Box 173817
Denver, CO 80217-3817


Big Thompson Medical Group
P.O. Box 1173
Englewood, CO 80150-1173


Business Revenue Systems, Inc.
P.O. Box 13077
Des Moines, IA 50310-0077


Capital One Services, Inc.
P.O. Box 25131
Richmond, VA 23276-0001


CollectionCenter, Inc.
1401 Riverside Avenue
Fort Collins, CO 80522

Colorado Community Bank
1050 Eagle Drive
Loveland, CO 80537


Cross Country Bank
P.O. Box 310711
Boca Raton, FL 33431-0711


FingerHut
P.O. Box 2900
St. Cloud, MN 56395-2900


Front Range Center
for Brain and Spinal Injury
Timothy C. Wirt, M.D.
1313 Riverside Avenue
Fort Collins, CO 80524


Heart Center of the Rockies
P.O. Box 497
Snowhill, NC 28580


Image Net
100 East 3rd Street
Loveland, CO 80537


Loveland Housing Authority
375 West 37th Street
Loveland, CO 80538


Loveland Public Library
300 North Adams Avenue
Loveland, CO 80537


Loveland Radiology Consultants
985 North Wilson Avenue
P.O. Box 7207
Loveland, CO 80537

McKee Medical Center
2000 Boise Avenue
Loveland, CO 80538


Nation Wide Collections
2253 N. West Parkway
Marietta, GA 30067


Northern Colo. Anesthesia Professional
1241 Riverside Avenue, Suite 200
Fort Collins, CO 80524-3200


North Shore Agency, Inc.
P.O. Box 8922
Westbury, NY 11590


Poudre Valley Hospital
1024 South Lemay Avenue
Fort Collins, CO 80524-3998


Professional Finance Company, Inc.
P.O. Box 7059
215 East 7th Street
Loveland, CO 80537


Qwest
161 Invenness Drive West
Englewood, CO 80112


Risk Management Alternatives, Inc.
880 Grier Drive
Las Vegas, NV 89119


Roth Medical
225 North Lemay Avenue, #3
Fort Collins, CO 80524

Safeway, Inc.
PMB #303
14150 NE 20th Street
Bellevue, WA 98007